UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                         Case No. 22-cr-0176-bhl-1

NYGIL A. McDANIEL,

      Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE AND ORDER DISMISSING PROPERTY FROM THE FORFEITURE NOTICE OF THE INDICTMENT

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and in consideration of the guilty plea of defendant Nygil McDaniel to Count Four of the six-count Indictment, the defendant agreed to the forfeiture of all properties described in the forfeiture notice of the Indictment filed September 13, 2022.

**IT IS HEREBY ORDERED** that all right, title and interest in the following items of property are hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c):

1. a Smith & Wesson SD9VE 9mm pistol bearing serial number FDK7752; and

2. a Romarm/Cugir GP WASR 10/63 7.62 x 39mm caliber rifle bearing serial number 1972CC3481.

**IT IS FURTHER ORDERED** that the above listed items of property shall be seized forthwith by the Bureau of Alcohol, Tobacco, Firearms, and Explosives; the United States Marshals Service; or its duly authorized representative.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the items of property according to law.

**IT IS FURTHER ORDERED** that the Romarm/Cugir 7.62 x 39mm caliber pistol bearing serial number PE-9312-2019-RO and Glock 27 .40 caliber pistol bearing serial number BGBX771, be, and hereby are, **DISMISSED** from the Indictment for the reason set forth in the

government's motion.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin on August 11, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge